event. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Dowling and Page, JJ., dissenting, and voting for affirmance.

LOUISA H. BRADLEY, Appellant, v. GEORGE R. SMITH and Another, Defendants, and JOHN H. KRACKE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FREDERICK W. VANDERBILT and Others, as Executors, etc., of ALFRED G. VANDERBILT, Deceased, Appellants, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Greenbaum, J., dissenting.

JACQUES J. MODIANO, Respondent, v. COLUMBIA TRUST COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN O'BRIEN, Respondent, v. JOHN STAHL, Appellant.— Judgment modified by striking out the amount allowed as interest and thereby reducing the judgment as entered to the sum of $1,705.32, and as so modified affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES BADAMI, Appellant, v. CONSOLIDATED GAS COMPANY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GREENEBAUM SONS BANK AND TRUST COMPANY, Respondent, v. SAMUEL JAFFE, Doing Business under the Name and Style of JAFFE & Co., Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARGARET CURRAN, as Administratrix, etc., of DANIEL J. CURRAN, Deceased, Appellant, v. OLD DOMINION STEAMSHIP COMPANY, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FRENCH " BORVISK " COMPANY and Others v. MORRIS J. FRANK.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the SOCIETY OF JUSTICE, INC.— Motion for reargument denied; motion for leave to appeal granted. Settle order containing question for certification on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LANDMARK CORPORATION v. MAX GROBER, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so that the appeal can be argued on the 19th day of May, 1922. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CHARLES M. GRAY MARBLE AND SLATE COMPANY, Plaintiff, v. EARLINGTON REALTY COMPANY, Appellant, Impleaded with FRANCIS J. GUINON COMPANY, INC., Respondent, and Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.